# United States Court of Appeals

District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001-2866

Mark J. Langer
Clerk

September 14, 2017

General Information
(202) 216-7000

Angela Caesar
U.S. District Court for the District of Columbia
333 Constitution Avenue, NW
E Barrett Prettyman US Courthouse
Room 1834
Washington, DC 20001-2866

Case: 1:17-cv-01932   (F Deck)
Assigned To : Chutkan, Tanya S.
Assign. Date : 9/20/2017
Description: Pro Se Gen. Civil

Re:   14-1155, Anthony Perry v. Wilbur Ross

Dear Clerk of Court:

Pursuant to the judgment of this court filed September 14, 2017, a copy of which is enclosed, we are transmitting forthwith the court's original file in electronic format.

Please acknowledge receipt of the transferred file by sending a confirmation email to dcnoa@cadc.uscourts.gov.

Sincerely yours,

BY:   /s/
Michael C. McGrail
Deputy Clerk

Enclosures

# General Docket
## United States Court of Appeals for District of Columbia Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 14−1155<br>Anthony Perry v. Wilbur Ross<br>**Appeal From:** Merits Systems Protection Board<br>**Fee Status:** Fee Paid | **Docketed:** 08/20/2014<br>**Termed:** 09/14/2017 |

**Case Type Information:**
  1) Petition for Review
  2) Review
  3)

**Originating Court Information:**
  **District:** MSPB−1 : MSPB−DC−0752−12−0486−B−1

  **District:** MSPB−1 : MSPB−DC−0752−12−0487−B−1

**Current Cases:**
  None

**Panel Assignment:**
  **Panel:** TBG    SS    PAM
  **Date of Hearing:** 11/18/2015      **Date of Decision:** 07/22/2016      **Date Completed:** 07/22/2016

| | |
|---|---|
| Anthony W. Perry<br>            Petitioner | Anthony W. Perry<br>[NTC Pro Se]<br>Firm: 301−928−2305<br>5907 Croom Station Road<br>Upper Marlboro, MD 20772 |
| v. | |
| Wilbur Ross, United States Secretary of Commerce<br>            Respondent | Stephen William Fung<br>Email: stephen.fung@mspb.gov<br>[COR NTC Gvt US Agency]<br>Merits Systems Protection Board<br>(MSPB) Office of the General Counsel<br>Firm: 202−653−6772<br>1615 M Street, NW<br>Washington, DC 20419−0002 |
| Merit Systems Protection Board<br>**Terminated:** 09/14/2017<br>            Respondent | Stephen William Fung<br>**Terminated:** 09/14/2017<br>[COR NTC Gvt US Agency]<br>(see above)<br><br>Jeffrey Alan Gauger<br>**Terminated:** 02/19/2015<br>Direct: 202−254−4488<br>Email: jeffrey.gauger@mspb.gov<br>Fax: 202−653−6203<br>[COR NTC Gvt US Agency]<br>Merits Systems Protection Board<br>(MSPB) Office of the General Counsel<br>Firm: 202−653−6772<br>1615 M Street, NW<br>Washington, DC 20419−0002<br><br>William Reed Tobey, Esquire, Deputy Solicitor<br>**Terminated:** 10/02/2014<br>Direct: 202−218−7999<br>Email: btobey@flra.gov<br>Fax: 202−343−1007<br>[NTC Gvt US Agency]<br>Federal Labor Relations Authority<br>(FLRA)<br>300<br>Firm: 202−218−7999<br>1400 K Street, NW<br>Washington, DC 20424 |
| _____ | |
| Rebecca Liane Taibleson<br>            Appointed Amicus Curiae for Petitioner | Rebecca Liane Taibleson<br>**Terminated:** 03/30/2016 |

Direct: 414−297−1630  
Email: rebecca.taibleson@usdoj.gov  
[COR LD NTC Appointed Amicus]  
U.S. Attorney's Office  
(USA) Eastern District of Wisconsin  
517 E. Wisconsin Avenue  
Suite 530  
Milwaukee, WI 53202  

Devin Scott Anderson  
Direct: 202−879−5198  
Email: devin.anderson@kirkland.com  
[NTC Appointed Amicus]  
Kirkland & Ellis LLP  
Firm: 202−879−5000  
655 15th Street, NW  
Suite 1200  
Washington, DC 20005  

Christopher Landau  
Direct: 202−879−5087  
Email: clandau@kirkland.com  
[COR NTC Appointed Amicus]  
Kirkland & Ellis LLP  
Firm: 202−879−5000  
655 15th Street, NW  
Suite 1200  
Washington, DC 20005

Anthony W. Perry,

    Petitioner

  v.

Wilbur Ross, United States Secretary of Commerce,

    Respondent

_____

Rebecca Liane Taibleson,

    Appointed Amicus Curiae for Petitioner

| | | |
|---|---|---|
| 08/20/2014 | | PETITION FOR REVIEW CASE docketed. [14−1155] |
| 08/21/2014 | | PETITION FOR REVIEW filed [1508610] by Anthony W. Perry of a decision by federal agency [Service Date: 08/21/2014 ] Disclosure Statement: Not Applicable to this Party; Certificate of Parties: Not Applicable to this Filing. [14−1155] |
| 08/21/2014 | | CERTIFIED COPY [1508679] of Petition for Review sent to respondent [1508610−2] [14−1155] |
| 08/21/2014 | | CLERK'S ORDER filed [1508682] directing party to file payment of docketing fee PETITIONER payment of docketing fee due 09/22/2014; directing party to file motion to proceed on appeal in forma pauperis . PETITIONER motion to proceed IFP in this court due 09/22/2014; to show cause regarding petition for review [1508610−2]. Response to Order due 09/22/2014. Response may not exceed 20 pages, Failure to respond shall result in dismissal of the case for lack of prosecution; The Clerk is directed to mail this order to petitioner by certified mail, return receipt requested and by 1st class mail. [14−1155] |
| 08/21/2014 | | FIRST CLASS MAIL SENT [1508686] of order [1508682−2] to petitioner [14−1155] |
| 08/21/2014 | | CERTIFIED MAIL SENT [1508688] with return receipt requested [Receipt No.70070710000471918530] of order [1508682−2]. Certified Mail Receipt due 09/22/2014 from Anthony W. Perry. [14−1155] |
| 08/29/2014 | | CERTIFIED MAIL RECEIPT [1510238] RECEIVED from Anthony Perry [signed for on 08/28/2014] for order [1508688−2] sent to Petitioner Anthony W. Perry [14−1155] |
| 09/18/2014 | | NOTICE FILED [1513578] by Anthony W. Perry for payment of docketing fee. [Case Number 14−1155: Fee Paid] [Service Date: 09/18/2014 ] [14−1155] |
| 09/18/2014 | | RESPONSE FILED [1513632] by Anthony W. Perry to order to show cause [1508682−2] combined with a MOTION FILED by Anthony W. Perry to vacate (Response to Motion served by mail due on 10/06/2014) [Service Date: 09/23/2014 by Clerk] Pages: 11−15. [14−1155]−−[Edited 09/23/2014 by LMF] |
| 10/02/2014 | | ENTRY OF APPEARANCE filed [1515059] by Jeffrey Gauger and co−counsel Stephen Fung Bryan Polisuk on behalf of Respondent MSPB. [14−1155] (Gauger, Jeffrey) |
| 10/02/2014 | | REPLY FILED [1515146] by MSPB to Response and RESPONSE FILED to Cross Motion [1513632−3](Reply to Response by Mail to Cross Motion due on 10/14/2014) [Service Date: 10/02/2014 by US Mail, CM/ECF NDA] Pages: 1−10. [14−1155] (Gauger, Jeffrey) |
| 10/08/2014 | | REPLY FILED [1516315] by Anthony W. Perry to response [1515146−2] styled as "Reply to Response to Petitioners Response to Order to Show Cause and Response to Petitioners Motions to Void Orders and Judgments". [Service Date: 10/09/2014 by CM/ECF NDA] Pages: 1−10. [14−1155] |
| 12/05/2014 | | SUPPLEMENT [1526466] to response [1513632−2] filed by Anthony W. Perry [Service Date: 12/05/2014 ] [14−1155] |
| 12/18/2014 | | PER CURIAM ORDER filed [1528135] discharging Clerk order of docketing fee payment [1508682−2], directing the parties, while not otherwise limited, address in their briefs (1) whether this court has jurisdiction to hear this case under 5 U.S.C. 7703(b)(1)(B); and (2) if not, whether this case should be transferred to the Federal Circuit or a district court pursuant to 5 U.S.C. § 7703(b)(1)(A) or (2); appointing amicus curiae Rebecca Liane Taibleson; referring motion to vacate [1513632−3] to the merits panel to which this case is assigned. Before Judges: Henderson, Srinivasan and Millett. [14−1155] |
| 12/23/2014 | | CLERK'S ORDER filed [1528905] setting briefing schedule: PETITIONER Brief due 02/13/2015. APPENDIX due 02/13/2015. AMICUS FOR PETITIONER Brief due 02/13/2015. RESPONDENT Brief due on 03/16/2015. PETITIONER Reply Brief due 03/30/2015. AMICUS FOR PETITIONER |

| | | |
|---|---|---|
| | | Reply Brief due 03/30/2015 [14−1155] |
| 12/23/2014 | | CERTIFIED MAIL SENT [1528914] with return receipt requested [Receipt No.7007 0710 0004 7195 9991] of briefing order [1528905−3]. Certified Mail Receipt due 01/22/2015 from Anthony W. Perry. [14−1155] |
| 12/23/2014 | | FIRST CLASS MAIL SENT [1528915] of briefing order [1528905−3] to petitioner [14−1155] |
| 12/30/2014 | | CERTIFIED MAIL RECEIPT [1531396] RECEIVED from Anthony Perry [signed for on 12/29/2014] for order [1528914−2] sent to Petitioner Anthony W. Perry [14−1155] |
| 01/05/2015 | | NOTICE FILED [1531387] by Anthony W. Perry to join in brief of amicus curiae [Service Date: 01/02/2015 ] [14−1155] |
| 02/13/2015 | | AMICUS FOR PETITIONER BRIEF [1537552] filed by Ms. Rebecca Liane Taibleson [Service Date: 02/13/2015 ] Length of Brief: 9,998 words. [14−1155] (Taibleson, Rebecca) |
| 02/13/2015 | | *JOINT* APPENDIX [1537564] filed by Ms. Rebecca Liane Taibleson and Anthony W. Perry. [Volumes: 1] [Service Date: 02/13/2015 ] [14−1155] (Taibleson, Rebecca) |
| 02/19/2015 | | CERTIFIED INDEX TO RECORD [1538388] filed by MSPB [Service Date: 02/19/2015 ] [14−1155] (Fung, Stephen) |
| 03/16/2015 | | UNOPPOSED MOTION filed [1542463] by MSPB for leave to file appendix [Service Date: 03/16/2015 ] Pages: 1−10. [14−1155] (Fung, Stephen) |
| 03/16/2015 | | MODIFIED EVENT FROM FILED TO LODGED−−SUPPLEMENTAL APPENDIX [1542466] filed by MSPB. [Volumes: 1] [Service Date:03/16/2015 ] [14−1155]−−[Edited 03/18/2015 by LMF] (Fung, Stephen) |
| 03/16/2015 | | RESPONDENT BRIEF [1542614] filed by MSPB [Service Date: 03/16/2015 ] Length of Brief: 8700 words. [14−1155] (Fung, Stephen) |
| 03/19/2015 | | CLERK'S ORDER filed [1543230] granting motion for leave to file [1542463−2]; the Clerk is directed to file supplemental appendix [1542466−2] [14−1155] |
| 03/19/2015 | | PER ABOVE ORDER lodged appendix [1542466−2] is filed [14−1155] |
| 03/30/2015 | | AMICUS FOR PETITIONER REPLY BRIEF [1544921] filed by Ms. Rebecca Liane Taibleson [Service Date: 03/30/2015 ] Length of Brief: 5,852 words. [14−1155] (Taibleson, Rebecca) |
| 09/04/2015 | | CLERK'S ORDER [1571543] filed scheduling oral argument on Wednesday, 11/18/2015. [14−1155] |
| 10/08/2015 | | PETITIONER BRIEF [1578991] filed by Anthony W. Perry [Service Date: 10/07/2015 ] [14−1155] |
| 10/26/2015 | | FORM 72 [1579934] submitted by amicus for appellant [Service Date: 10/26/2015 ] [14−1155]−−[Edited 10/26/2015 by LMF] (Taibleson, Rebecca) |
| 10/27/2015 | | FORM 72 submitted by arguing attorney, Stephen W. Fung, on behalf of Respondent MSPB *(For Internal Use Only: Form is restricted to protect counsel's personal contact information)*. [14−1155] (Fung, Stephen) |
| 11/04/2015 | | PER CURIAM ORDER [1581893] filed allocating oral argument time as follows: Appointed Amicus Curiae Petitioner − 10 Minutes, Respondent − 10 Minutes. One counsel per side to argue; directing party to file Form 72 notice of arguing attorney by 11/12/2015 [14−1155] |
| 11/05/2015 | | FORM 72 submitted by arguing attorney, Stephen Fung, on behalf of Respondent MSPB *(For Internal Use Only: Form is restricted to protect counsel's personal contact information)*. [14−1155] (Fung, |

| | | |
|---|---|---|
| | | Stephen) |
| 11/05/2015 | | FORM 72 submitted by arguing attorney, Rebecca Tiableson, on behalf of Appointed Amicus Curiae for Petitioner Ms. Rebecca Liane Taibleson *(For Internal Use Only: Form is restricted to protect counsel's personal contact information)*. [14−1155] (Taibleson, Rebecca) |
| 11/18/2015 | | ORAL ARGUMENT HELD before Judges Griffith, Srinivasan and Millett. [14−1155] |
| 12/11/2015 | | TRANSCRIPT [1588205] of oral argument [14−1155] |
| 03/30/2016 | | NOTICE [1606371] filed by Ms. Rebecca Liane Taibleson to withdraw attorney Rebecca Liane Taibleson who represented Rebecca Liane Taibleson in 14−1155 [Service Date: 03/30/2016 ] [14−1155] (Taibleson, Rebecca) |
| 07/22/2016 | | [VACATED PER JUDGMENT ON 9/14/17] PER CURIAM JUDGMENT [1626350] filed that the petition for review be transferred to the Federal Circuit, for the reasons in the accompanying opinion . The Clerk is directed to electronically transmit the original file and a certified copy of this judgment to the U.S. Court of Appeals for the Federal Circuit. Before Judges: Griffith, Srinivasan and Millett. [14−1155] |
| 07/22/2016 | | OPINION [1626356] filed (Pages: 14) for the Court by Judge Srinivasan. [14−1155] |
| 07/22/2016 | | LETTER [1626364] sent to transfer case to the USCA Federal Circuit. Documents Sent: Clerk's File and copy of judgment transferring case. [14−1155] |
| 07/25/2016 | | NOTICE [1627505] filed by case received and given CAFC case No. 16−2377. [Service Date: 07/22/2016 ] [14−1155] |
| 09/27/2016 | | LETTER [1638483] received from the Clerk of the Supreme Court of the United States notifying this court of the following activity in the case before it: A petition for writ of certiorari was filed and placed on the docket on 09/27/2016 as No. 16−399. [14−1155] |
| 01/13/2017 | | LETTER [1656225] received from the Clerk of the Supreme Court of the United States notifying this court of the following activity in case No. 16−399: The petition for writ of certiorari was granted on 01/13/2017. [14−1155] |
| 02/22/2017 | | LETTER [1663186] received from the Clerk of the Supreme Court of the United States requesting transmittal of the record on appeal. [14−1155] |
| 02/27/2017 | | LETTER [1663187] sent to the Clerk of the Supreme Court of the United States transmitting the record on appeal. via ecf:. [14−1155] |
| 06/23/2017 | | OPINION [1681384] received from the Clerk of the Supreme Court of the United States notifying this court of the following disposition of case No. 16−399 argued on 04/17/2017: the judgment was reversed and the case is remanded on 06/23/2017. [14−1155] |
| 07/25/2017 | | JUDGMENT [1685799] received from the Clerk of the Supreme Court of the United States notifying this court of the formal disposition of case No. 16−399. [14−1155] |
| 08/02/2017 | | NOTICE [1686954] received from the United States Court of Appeals for the Federal Circuit retransferring case to the United States Court of Appeals for the District of Columbia Circuit pursuant to order filed 08/02/17. [14−1155] |
| 08/08/2017 | | PER CURIAM ORDER [1687782] filed it is ORDERED, on the court's own motion, that the parties file motions to govern future proceedings by September 6, 2017, in light of the Supreme Court's disposition of Perry v. MSPB, 137 S. Ct. 1975 (2017), and the order of the United States Court of Appeals for the Federal Circuit retransferring this matter to this court. See Perry v. MSPB, No. 16−2377 (Fed. Cir. order |

| | | |
|---|---|---|
| | | filed Aug. 2, 2017). Before Judges: Griffith, Srinivasan, and Millett. [14−1155] |
| 08/30/2017 | | MOTION [1691389] to govern future proceedings. (Response to Motion served by mail due on 09/14/2017), to transfer case (Response to Motion served by mail due on 09/14/2017) filed by Anthony W. Perry (Service Date: 08/30/2017 by US Mail) Length Certification: 3 pages. [14−1155] |
| 09/05/2017 | | UNOPPOSED MOTION [1691382] to transfer case filed by MSPB Length Certification: 6 pages, (778 words). [14−1155] (Morrow, Calvin) |
| 09/12/2017 | | CERTIFICATE OF COMPLIANCE WITH TYPE−VOLUME LIMITS [1692600] for motion to transfer case [1691382−2] filed by MSPB. [14−1155] (Fung, Stephen) |
| 09/14/2017 | | PER CURIAM JUDGMENT [1693048] filed (without memorandum) that this court's judgment filed July 22, 2016, be vacated. It is FURTHER ORDERED that this case be recaptioned Anthony W. Perry v. Wilbur Ross, United States Secretary of Commerce, and be transferred to the United States District Court for the District of Columbia. Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to transmit the original file of this case and a copy of this judgment to the United States District Court for the District of Columbia. Before Judges: Griffith, Srinivasan and Millett. [14−1155] |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 14-1155                                       September Term, 2017

FILED ON: SEPTEMBER 14, 2017

ANTHONY W. PERRY,
        PETITIONER

v.

WILBUR ROSS, UNITED STATES SECRETARY OF COMMERCE,
        RESPONDENT

On Remand from the Supreme Court of the United States

Before: GRIFFITH, SRINIVASAN and MILLETT, *Circuit Judges*

**JUDGMENT**

This matter came to be heard on remand from the Supreme Court of the United States, petitioner's motion to govern future proceedings, respondent's motion to transfer to United States District Court, and the August 2, 2017 order of the United States Court of Appeals for the Federal Circuit retransferring the case to this court.  Upon consideration of the foregoing, it is

**ORDERED** that this court's judgment filed July 22, 2016, be vacated.  It is

**FURTHER ORDERED** that this case be recaptioned <u>Anthony W. Perry v. Wilbur Ross, United States Secretary of Commerce</u>, and be transferred to the United States District Court for the District of Columbia.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to transmit the original file of this case and a copy of this judgment to the United States District Court for the District of Columbia.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Michael C. McGrail
Deputy Clerk