UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ANTHONY PERRY**, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) ) | Civil Action No. 17-cv-1932 (TSC) |
| **WILBUR ROSS** *United States Secretary of Commerce*, | ) ) ) ) | |
| Defendant. | ) ) ) | |

## ORDER

It is hereby ordered that the parties shall appear for a Status and Scheduling Conference on October 13, 2017 at 11:15 a.m. in Courtroom 2.  By October 10, 2017, the parties shall file a Joint Status Report and proposed schedule for moving forward with this case.  The report shall include a proposed order.  The parties shall refrain from proposing a schedule that contains submission of simultaneous dispositive cross-motions.

The Clerk of the Court shall mail a copy of this order to:

> **ANTHONY PERRY**
> 5907 Croom Station Road
> Upper Marlboro, MD 207722
>
> **Stephen William Fung**
> Merit Systems Protection Board
> Office of the General Counsel
> 1615 M Street, N.W.
> Washington, D.C. 20419-0002

Date:  September 22, 2017

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge