AO 240 (Rev 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

**RECEIVED**

# UNITED STATES DISTRICT COURT
for the
District of Columbia

DEC - 4 2017

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| Anthony W. Perry | ) |
| *Plaintiff/Petitioner* | ) |
| v. | )  Civil Action No.  17-cv-01932-TSC |
| Wilbur M. Ross et al | ) |
| *Defendant/Respondent* | ) |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:
REVEL ENTERPRISES INC
5900 PRINCESS GARDEN PKWY, STE 660
LANHAM, MD 20706

My gross pay or wages are: $ ___31,134.00___ , and my take-home pay or wages are: $ ___900.00___ per

*(specify pay period)* ___BIWEEKLY___ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment ☐ Yes ☑ No
(b) Rent payments, interest, or dividends ☐ Yes ☑ No
(c) Pension, annuity, or life insurance payments ☑ Yes ☐ No
(d) Disability, or worker's compensation payments ☐ Yes ☑ No
(e) Gifts, or inheritances ☐ Yes ☑ No
(f) Any other sources ☐ Yes ☑ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*
3470.00 MONTHLY RETIREMENT PENISION



AO 240  (Rev 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ _____ 0.00 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:
2007 TOYOTA AVALON
2004 TOYOTA 4RUNNER (INOPERABLE DONATION PENDING)

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

| | | |
|---|---|---|
| 1. MORTGAGE  $2801(1/2)   = $1400/MTH | 8. STATE FARM   1200/YR = $135/MTH |
| 2. FEDERAL TAX $16000 (1/2) = $180/MTH (PYMT AGRMT) | 9. VERIZON HOME = $150/MTH |
| 3. STATE TAX   $7000 (1/2)  = $100/MTH (PYMT AGRMT) | 10. VERIZON WIRELESS = $197/MTH |
| 4 ELECTRIC   (1/2)         = $ 90 | 11. 401K LOAN1 = $234/MTH |
| 5. WASH GAS                = $20/MTH | 12. 401K LOAN2 = $395/MTH |
| 6. AUTO  $7500             = $200/MTH | |
| 7. STUDENT LOAN  $138,000  = UNABLE TO MAKE ANY PYMT | |

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:
KAMRYN PERRY - DAUGHTER COLLEGE FRESHMEN STUDENT (OWE HALF OF ALL COSTS AND LOANS)
$10000 (1/2) PARENT LOAN = $5000.  $200/MTH

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
BANKAMERICA  $15000  = 350/MTH
CHASE CARD  $3000    = 91/MTH REPYMT AGRMT
SEARS  $860          = 100/MTH

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:  _____12/04/2017_____     _____/s/ Anthony W Perry_____
                                       *Applicant's signature*

                                       ANTHONY W. PERRY
                                       *Printed name*