UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANTHONY PERRY, | ) |
| Plaintiff *pro se*, | ) ) ) ) C.A. No. 17-1932 (TSC) |
| v. | ) ) |
| WILBUR L. ROSS, JR., Secretary, United States Department of Commerce, *et al.* | ) ) ) |
| Defendants. | ) ) ) |

### CONSENT MOTION FOR THIRTY DAY ENLARGEMENT OF TIME TO RESPOND TO AMENDED COMPLAINT

Defendants, by counsel, move for a thirty day enlargement of time to respond to the complaint in this case. This motion is merited for the following reasons:

1. Because of responsibilities in other matters, the extensive factual background of this matter, and the need to get representation authority from the Department of Justice for Defendants sued in their individual capacity, undersigned counsel will need additional time to prepare Defendants' response to Plaintiff's 67 page, 223 paragraph complaint in which Plaintiff has sued 23 persons in their official and individual capacities.

2. Undersigned counsel spoke to Plaintiff *pro se* to obtain his position on this motion. Plaintiff consents to Defendants' receiving an additional thirty days to respond to the amended complaint.

3. Granting this motion would be in the interest of justice and would not prejudice any parties or interfere with any dates on the Court's calendar in this matter.

Wherefore, Defendants, by counsel, move for a thirty day enlargement of time to February 12, 2018 to respond to the complaint in this case.

Respectfully submitted,

JESSIE K. LIU, D.C. BAR # 472845
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar #924092
Civil Chief

By: /s/ *Alexander D. Shoaibi*
ALEXANDER D. SHOAIBI, D.C. Bar #423587
Assistant U.S. Attorney
555 Fourth St., N.W.
Room E4218
Washington, D.C. 20530
(202) 252-2511
Alexander.shoaibi@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY PERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 17-1932 (TSC) |
| v. | ) |
| | ) |
| WILBUR L. ROSS, JR., Secretary, United States Department of Commerce, *et al.* | ) ) |
| | ) |
| Defendants. | ) |
| | ) |

ORDER

Upon consideration of Defendants' consent motion for enlargement of time to respond to the amended complaint in this case, it is hereby ordered that the motion is granted and that Defendants' response to the amended complaint is now due on February 12, 2018.

_____
The Honorable Tanya S. Chutkan