UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ANTHONY PERRY**,

    Plaintiff,

v.

**WILBUR ROSS**,
*United States Secretary of Commerce*,

    Defendant.

Case No. 1:17-cv-01932-TSC

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter the appearance of James A. Kraehenbuehl as counsel in this case for Anthony Perry solely for the purposes of mediation.

    Dated March 15, 2018.

    Respectfully Submitted,

    /s/ James Kraehenbuehl

James Kraehenbeuhl (DC Bar No. 1017809)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave. NW
Washington, DC 20005
(202) 237-9617
jkraehenbuehl@bsfllp.com

*Counsel for Anthony Perry*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2018, I served the foregoing Notice of Appearance upon counsel for Defendant by ECF.

/s/ James Kraehenbuehl

James Kraehenbuehl (DC Bar No. 1017809)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave. NW
Washington, DC 20005
(202) 237-9617
jkraehenbuehl@bsfllp.com

*Counsel for Anthony Perry*