## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Anthony PERRY,

Plaintiff,

-vs.-

Wilbur L. ROSS, Jr.                              C.A. No. 17-1932 (TSC)

Defendant.

## JOINT STATUS REPORT

On April 18, 2018, the parties met with Judge Harvey for mediation and were unable to reach an agreement. The parties do not expect that further efforts at mediation will be helpful at this time.

### Plaintiff's Position

Mr. Perry believes that the Court should lift the stay, require the Government to respond to the amended complaint within twenty-one days, and resolve the case in accordance with the CSRA by reviewing and adjudicating both the civil service and discrimination claims.

### Defendant's Position

Defendant requests entry of a briefing schedule on the threshold issue of whether the MSPB's decision dismissing Plaintiff's appeal for lack of jurisdiction should be affirmed by this Court.

Dated: May 1, 2018                          Respectfully submitted,

/s/ James A. Kraehenbuehl
James A. Kraehenbuehl

1

BOIES SCHILLER FLEXNER LLP
1401 New York Avenue NW
Washington, DC 20005
T: (202) 237-2727
F: (202) 237-6131
jkraehenbuehl@bsfllp.com


JESSIE K. LIU, D.C. Bar #473845
United States Attorney


DANIEL F. VAN HORN, D.C. Bar #924092
Civil Chief


BY:  /s/ Alexander D. Shoaibi
ALEXANDER D. SHOAIBI, D.C. Bar #423587
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4218
Washington, D.C. 20530
 (202) 252-2511
Alexander.d.shoaibi@usdoj.gov


    Counsel for Defendant