UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY PERRY**,<br><br>      Plaintiff,<br><br>v.<br><br>**WILBUR ROSS**,<br><br>      Defendant. | Case No. 1:17-cv-01932-TSC |

**[PROPOSED] ORDER**

    Upon consideration of the motion to withdraw submitted by Michael Gottlieb, James Kraehenbuehl, and Ross McSweeney, the Court GRANTS the motion and the aforementioned attorneys may file notices of withdraw of appearance within seven days of this order.

    Signed this __ day of _____, 2018.

 

_____
The Honorable Tanya S. Chutkan
United States District Judge