UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY PERRY, | ) |
| Plaintiff, | ) ) ) C.A. No. 17-1932 (TSC) |
| v. | ) |
| WILBUR L. ROSS, JR., Secretary, United States Department of Commerce, | ) ) ) |
| et al | ) ) |
| Defendants. | ) |

## JOINT STATUS REPORT

In accordance with the U.S. Supreme Court opinion in "mixed-case" Kloeckner v. Solis, U.S. 568 and Perry v. MSPB, U.S. 582 _____ 2017 and the 1978 Civil Service Reform Act, Plaintiff demands de novo review of the facts of the civil service issue and jury trial and de novo review and decision of the agency's violation of federal anti-discrimination law and other civil torts.

Defendant is in agreement with Plaintiff's proposed briefing schedule in the Joint Status Report and Order. The schedule accommodates both Plaintiff and Defendant's prior planned business and personal events out of the area. The issue to be briefed is whether the MSPB's decision dismissing Plaintiff's appeal for lack of jurisdiction should be affirmed by this Court:

    Initial brief from Plaintiff due by October 15, 2018.
    Response brief due from Defendant by November 16, 2018.
    Response brief due from Plaintiff by November 30, 2018.

RECEIVED
JUN 15 2018
Clerk, U.S. District and
Bankruptcy Courts

Respectfully submitted,

JESSIE K. LIU
D.C. BAR # 472845
United States Attorney

DANIEL F. VAN HORN
D.C. BAR # 924092
Civil Chief

By: __/s/_____
ALEXANDER D. SHOAIBI
D.C. Bar #423587
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2511
Alexander.d.shoaibi@usdoj.gov

Counsel for Defendant

**ANTHONY PERRY**
5907 Croom Station Road
Upper Marlboro, MD 207722
(301) 9282305

Plaintiff *pro se*

*/s/ Anthony W Perry*

Certification          6/15/2018

I, Anthony W Perry, certify that I will send by USPS a copy of this Joint Status Report on 6-19-2019

Anthony W Perry
5907 Croom Station Rd
Upper Marlboro, MD 20772
(301) 928-2305