# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANTHONY PERRY, )<br><br>Plaintiff, )<br><br>v. )<br><br>WILBUR ROSS )<br>*United States Secretary of Commerce*, )<br><br>Defendant. ) | Civil Action No. 17-cv-1932 (TSC) |

## SCHEDULING ORDER

Having considered the parties' Joint Status Report (ECF No. 23), it is hereby ordered that the parties shall brief the issue of whether the Merit Systems Protection Board's ("MSPB") decision dismissing Plaintiff's appeal for lack of jurisdiction should be affirmed by this Court. At this juncture, the court will not entertain arguments on the underlying discrimination claim.

Plaintiff shall file his brief by October 15, 2018. Defendant shall file a response by November 16, 2018. Plaintiff shall file a reply by November 30, 2018. Sur-reply briefs will not be permitted absent leave of court.

The Plaintiff is hereby reminded of his obligations pursuant to Federal Rule of Civil Procedure 56, which provides in pertinent part:

> (a) Motion for Summary Judgment or Partial Summary Judgment. A party may move for summary judgment, identifying each claim or defense—or the part of each claim or defense—on which summary judgment is sought. The court shall grant summary judgment if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law. . . .

(c) Procedures

(1) Supporting Factual Positions.  A party asserting that a fact cannot be or is genuinely disputed must support the assertion by:

(A) citing to particular parts of materials in the record, including depositions, documents, electronically stored information, affidavits or declarations, stipulations (including those made for purposes of the motion only), admissions, interrogatory answers, or other materials; or

(B) showing that the materials cited do not establish the absence or presence of a genuine dispute, or that an adverse party cannot produce admissible evidence to support the fact.

(2) Objection That a Fact Is Not Supported by Admissible Evidence.  A party may object that the material cited to support or dispute a fact cannot be presented in a form that would be admissible in evidence.

(3) Materials Not Cited.  The court need consider only the cited materials, but it may consider other materials in the record.

(4) Affidavits or Declarations.  An affidavit or declaration used to support or oppose a motion must be made on personal knowledge, set out facts that would be admissible in evidence, and show that the affiant or declarant is competent to testify on the matters stated.

.  .  .  .

(e) Failing to Properly Support or Address a Fact.  If a party fails to properly support an assertion of fact or fails to properly address another party's assertion of fact as required by Rule 56(c), the court may:

(1) give an opportunity to properly support or address the fact;

(2) consider the fact undisputed for purposes of the motion;

(3) grant summary judgment if the motion and supporting materials—including the facts considered undisputed—show that the movant is entitled to it; or

(4) issue any other appropriate order.

Fed. R. Civ. P. 56(a), (c), (e).  Any failure by the Plaintiff to direct the court to the exhibits

supporting his factual allegations, as well as the specific information upon which he relies within

those exhibits, may result in the court making a determination that he has failed to provide

evidentiary support for those allegations.  *See Jackson v. Finnegan, Henderson, Farabow, Garrett &*

*Dunner*, 101 F.3d 145, 151 (D.C. Cir. 1996) (upholding District Court's order striking plaintiff's

statement of facts where, among other things, the plaintiff's statement did not contain citations to the

record).

Plaintiff is also reminded of his obligations pursuant to the Local Civil Rules of this

court.  These rules include the requirement that "[a]ll pleadings shall appear in 12-pt. font

and shall be double-spaced.  Footnotes, which shall not be excessive, shall also appear in

12-pt. font."  Local Civil Rule 5.1(d).  Additionally, the Local Rules provide that "[e]ach

motion shall include or be accompanied by a statement of the specific points of law and authority that

support the motion, including where appropriate a concise statement of facts."  Local Civil Rule 7(a).

**Failure to adhere to the court's Local Rules, the Federal Rules of Civil Procedure, or**

**any orders of this court may result in rulings adverse to the Plaintiff and/or dismissal of this**

**action.**  The Clerk of the Court shall mail a copy of this order to:

> **ANTHONY PERRY**
> 5907 Croom Station Road
> Upper Marlboro, MD 207722

Date:  June 20, 2018

*Tanya S. Chutkan*

TANYA S. CHUTKAN
United States District Judge