IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION
_____

| | |
|---|---|
| ANTHONY W. PERRY, Pro se | : |
| 5907 Croom Station Rd. | : |
| Upper Marlboro, MD  20772 | : |
| (301) 928-2305 | : |
| | : |
| Plaintiff, | : |
| | :Civil Action No: 17-cv-1932 (TSC) |
| v. | : |
| | : |
| WILBUR ROSS, SECRETARY | : |
| U.S. DEPARTMENT OF COMMERCE | : |
| 1401 Constitution Ave., N.W. | : |
| Washington, D.C.  20230, | : |
| | : |
| et al. | : |
| | : |
| Defendants. | : |

_____

**Plaintiff's Motion For  Summary Judgment**

     Pursuant to Federal Rules of Civil Procedure 56 and Local Rule 7, I, Plaintiff Anthony W. Perry respectfully move this Court for a ruling and Order for summary judgment for Plaintiff on the issue defined by the Court as to "whether the Merit Systems Protection Board's ("MSPB") decision dismissing Plaintiff's appeal for lack of jurisdiction should be affirmed by this Court" and summary judgment as to other claims **except** the claims defined as "underlying discrimination claim" because pursuant to the scheduling order, "the court will not entertain arguments on the "underlying discrimination claim" at this juncture.  Accordingly, I did not argue

disability, race and age discrimination and violations of anti-retaliation provisions under the respective anti-discrimination laws.

Plaintiff shall file a separate "Statement of Facts" in support of his Brief for Partial Summary Judgment.

For reasons provided in the accompanying documents, statute and law, Plaintiff is entitled to summary judgment as to the claims allowed at this juncture as a matter of law.

                                              Respectfully submitted,


                                              Anthony W. Perry