IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION
_____

| | |
|---|---|
| ANTHONY W. PERRY, Pro se<br>5907 Croom Station Rd.<br>Upper Marlboro, MD  20772<br>(301) 928-2305<br><br>            Plaintiff,<br><br>      v.<br><br>WILBUR ROSS, SECRETARY<br>U.S. DEPARTMENT OF COMMERCE<br>1401 Constitution Ave., N.W.<br>Washington, D.C.  20230,<br><br>            et al.<br><br>            Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:Civil Action No: 17-cv-1932 (TSC)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

_____

**Order For Summary Judgment**

Upon consideration of Plaintiff Anthony W. Perry's Motion for Summary Judgment, Statement of Facts, Brief in Support of Summary Judgment and a judicial review of the administrative record, Plaintiff is entitled to summary judgment as a matter of law, it is

**ORDERED** that Anthony Perry's Motion is **GRANTED** and he is therefore reinstated immediately; and it is

**FURTHER ORDERED** that judgment is entered in favor of Plaintiff on all remaining claims allowed at this juncture by the Court and that this Court will

proceed with review de novo of the underlying discrimination claim(s) and their respective anti-retaliation provisions including EEO File No. 0120161632/Agency No. 63-2016-00083.

It is so **Ordered** by this Court the _____ day of _____, 2019.

_____

TANYA S. CHUTKAN

United States District Judge