From: efile@osc.gov
To: anthony.w.perry@census.gov
Date: 05/24/2011 02:32 PM
Subject: OSC E-Filing System: Form Submitted

Dear Anthony Perry,

This is to notify you that your electronic complaint has been received by OSC's E-Filing System. It does not verify that the information in your complaint has been read. Please print out a copy of this message for your records.

This also serves to notify you of your file number, which is MA-11-2619. If you wish to send additional information or documents concerning this complaint, please identify this file number on each of your submissions.

A Complaints Examiner will be assigned to your complaint shortly, and he or she may contact you in the near future. Should you have any questions or concerns regarding your complaint in the meantime, you may call Docket clerk Maurice Thomas at (202) 254-3709 or (800) 872-9855. Please have your file number available when you call so that we may more easily assist you.

If you are a Transportation Security Administration Security Screener or Supervisor, please note that under a Memorandum of Understanding (MOU) executed between OSC and the Transportation Security Administration (TSA) on May 28, 2002, and TSA Directive HRM Letter No. 1800-01, TSA security screeners and supervisors may only file allegations of reprisal for whistleblowing with OSC. The MOU provides the authority under which OSC may investigate whistleblower retaliation complaints and recommend that TSA take corrective and/or disciplinary action when warranted. For additional information on whistleblower protection provided by OSC to TSA security screeners, visit our web page at:
http://www.osc.gov/documents/tsascreeners.htm.

For those individuals who have alleged a violation of the Uniformed Services Employment and Reemployment Rights Act (USERRA), please note that USERRA prohibits discrimination against persons because of their service in

the Armed Forces Reserve, the National Guard, or other uniformed services. USERRA prohibits an employer from denying any benefit of employment on the basis of an individual's membership, application for membership, performance of service, application for service, or obligation for service in the uniformed services. USERRA also protects the right of veterans, reservists, National Guard members, and certain other members of the uniformed services to reclaim their civilian employment after being absent due to military service or training.

If you believe your USERRA rights may have been violated, and you wish to file a USERRA complaint, you must do so with the U.S. Department of Labor, Veterans Employment & Training Service (VETS). For the address and telephone number of the VETS office nearest you please visit http://www.dol.gov/vets/aboutvets/contacts/main.htm or call 1-866-487-2365. If VETS is unsuccessful in resolving the complaint, you may request that VETS refer the complaint to OSC. If the Special Counsel believes there is merit to the complaint, OSC will initiate an action before the U.S. Merit Systems Protection Board and appear on your behalf. The successful claimant is entitled to receive the employment benefits that he/she was denied as the result of the agency's violation of USERRA.

Further information about USERRA and VETS can be found at:

http://www.dol.gov/vets.

If you have question about USERRA or VETS, please contact OSC's USERRA coordinator at (202) 254-3600 or userra@osc.gov.

Finally, if you have not already done so, please refer to our website, http://www.osc.gov, concerning how your complaint will be processed.

OSC E-Filing System

From: tonywpy <tonywpy@aol.com>
To: adove <adove@osc.gov>
Cc: tonywpy <tonywpy@aol.com>
Subject: OSC File No. MA-11-2619
Date: Thu, Sep 8, 2011 9:21 am

Ms. Dove,

Thank you for conversing with me this morning.

Please note that I do not want to pursue this matter any further.

Thank you,

Anthony W. Perry
Sent from my Verizon Wireless BlackBerry

From: Johnny Zuagar <jzuagar@gmail.com>
To: tonywpy <tonywpy@aol.com>
Subject: Re: Fw: OSC File No. MA-11-2619
Date: Mon, Jun 24, 2013 3:49 pm

Here is my email

On Thu, Sep 8, 2011 at 3:37 PM, <tonywpy@aol.com> wrote:

>   ------Original Message------
>   From: tonywpy@aol.com
>   To: adove@osc.gov
>   Cc: tonywpy@aol.com
>   ReplyTo: tonywpy@aol.com
>   Subject: OSC File No. MA-11-2619
>   Sent: Sep 8, 2011 9:21 AM
>
>   Ms. Dove,
>
>   Thank you for conversing with me this morning.
>
>   Please note that I do not want to pursue this matter any further.
>
>   Thank you,
>
>   Anthony W. Perry
>   Sent from my Verizon Wireless BlackBerry
>
>   Sent from my Verizon Wireless BlackBerry

From: efile <efile@osc.gov>
To: tonywpy <tonywpy@aol.com>
Subject: OSC E-Filing System: Form Submitted
Date: Tue, Mar 26, 2013 1:53 pm

Dear Anthony Perry,

This is to notify you that your electronic complaint has been received by OSC's E-Filing System. It does not verify that the information in your complaint has been read. Please print out a copy of this message for your records.

This also serves to notify you of your file number, which is MA-13-2356. If you wish to send additional information or documents concerning this complaint, please identify this file number on each of your submissions.

A Complaints Examiner will be assigned to your complaint shortly, and he or she may contact you in the near future. Should you have any questions or concerns regarding your complaint in the meantime, you may call Docket clerk Maurice Thomas at (202) 254-3709 or (800) 872-9855. Please have your file number available when you call so that we may more easily assist you.

If you are a Transportation Security Administration Security Screener or Supervisor, please note that under a Memorandum of Understanding (MOU) executed between OSC and the Transportation Security Administration (TSA) on May 28, 2002, and TSA Directive HRM Letter No. 1800-01, TSA security screeners and supervisors may only file allegations of reprisal for whistleblowing with OSC. The MOU provides the authority under which OSC may investigate whistleblower retaliation complaints and recommend that TSA take corrective and/or disciplinary action when warranted. For additional information on whistleblower protection provided by OSC to TSA security screeners, visit our web page at:
http://www.osc.gov/documents/tsascreeners.htm.

For those individuals who have alleged a violation of the Uniformed Services Employment and Reemployment Rights Act (USERRA), please note that USERRA prohibits discrimination against persons because of their service in the Armed Forces Reserve, the National Guard, or other uniformed services. USERRA prohibits an employer from denying any benefit of employment on the basis of an individual's membership, application for membership, performance of service, application for service, or obligation for service in the uniformed services. USERRA also protects the right of veterans, reservists, National Guard members, and certain other members of the uniformed services to reclaim their civilian employment after being absent due to military service or training.

If you believe your USERRA rights may have been violated, and you wish to file a USERRA complaint, you must do so with the U.S. Department of Labor, Veterans Employment & Training Service (VETS). For the address and telephone number of the VETS office nearest you please visit http://www.dol.gov/vets/aboutvets/contacts/main.htm or call 1-866-487-2365.

Anthony W. Perry                                             Case File OSC MA-14-1449

Information to assist in the decision to investigate and the investigation of repeated prohibited personnel practices starting in 2001 that was implemented to systematically destroy my career and prevent me from promotion to GS-15 while providing promotional preference and opportunity to Patricia Musselman especially, Mark Markovic, Dale Reed and other less qualified employees.

In 1996, I was promoted to Supervisory GS-14 Computer Scientist. In August 2001, my Supervisory classification was changed without my knowledge. This SF-50 was never provided to me. I was still allowed to participate in the supervisory/management activities by the Division Chief but the change was made without my knowledge or any justification provided. See included SF-50. Repeated application for promotion to GS-15 were denied.

In 2006, I applied for the Deputy CIO position at Department of Commerce HQ and my application was deemed qualified, though not selected. In December of 2006 and under the disguise of reorganization, I was reassigned from reporting to GS-15 Division Chief Thomas Meerholz to GS-14 Patricia Musselman and then GS-14 Dale Reed, my supervisor of record at the time Darren Gutschow proposed my removal from the federal service. I had reported to a GS-15 Division Chief since promotion to GS-14 in 1996.

On September 2, 2009, he learned that Patricia Musselman, Chief, LTSO, non-competitively placed another employee in the position of Assistant Division Chief for Customer Service, depriving him of an opportunity to compete for the position.

I was denied the opportunity to compete and be selected for the position of GS-15 Assistant Division Chief (ADC), Technology Support Office, (ADC, LTSO). This position was not announced formally under the Agency's Merit Promotion process; instead, Ms. Musselman reached outside the organization and non-competitively selected a younger white male (Mark Markovic); thus denying me the opportunity to compete and/or be selected for the position. I believe the Information Technology Directorate uses this method of filling positions to avoid having to select Black or other minority employees for leadership positions. For example, the

position now held by Ms. Musselman was not filled via the Merit Promotion Process; she was non-competitively reassigned to the position of Chief, Technology Support Office, and she in turn, went outside the organization to non-competitively fill the ADC LTSO position.

It should be noted that the LTSO ADC position in question was announced competitively in 2007, that I applied for the position at that time, and was determined to be one of the three top contenders; however, Ms. Musselman was selected.  Then in 2008, when the position of Chief, Technology Support Office became vacant, she was non-competitively placed in that position thus creating another vacancy which Ms. Musselman filled in early 2009 without using the merit promotion process.  At the time of this selection, I was in the Department of Commerce Executive Leadership Development Program and continued to go into the office occasionally to take care of administrative business.  On Wednesday, September 2, 2009, during a meeting with Ms. Musselman, I asked her if the position which she had vacated when she was reassigned to her new position was going to be posted; she responded that it was not and that she had already reassigned Mark Markovic to that position.  When I asked her why the position had not been posted she responded that she did not wish to discuss the matter further.  I think there is something wrong with the system being used to fill positions in the Information Technology Directorate which excludes Blacks and other minorities who are qualified to compete for promotions.  Spcifically, I believe I am more than qualified to successfully perform the duties of the instant position; both from an academic and experience perspective; having worked in this field for 27 years.  Academically, I earned a Bachelor of Science in Chemistry; Bachelor of Arts in Information Systems Science and a Masters in Business Administration from the University of Austin; as well as an Executive Master of Information Technology and a Chief Information Officer Certificate from the University of Maryland, University College.  I believe that Ms. Musselman reached out and selected someone from another organization to keep me from getting the job.