

**Drexel**
UNIVERSITY
*Office of Admissions*

KAMRYN PERRY
5907 CROOM STATION RD
UPPER MARLBORO, MD 20772-9504
UNITED STATES

December 15, 2016

Dear Kamryn,

On behalf of the Admissions Committee, it is my distinct honor to share that you have been admitted to Drexel University. Congratulations! You should be extremely proud of your accomplishments, and I encourage you to celebrate with your family and friends.

Anthony J. Drexel, legendary Philadelphia financier and philanthropist, founded Drexel University in 1891. As we celebrate our 125th anniversary, I have the pleasure of welcoming you to one of the nation's leading and most influential universities. With a history steeped in entrepreneurship and innovation, being a student at Drexel means that you will have access to opportunities and resources that will change the trajectory of your life.

Your admission is contingent on the successful completion of your existing academic program of study at a performance level comparable to the one presented in your application, including any predicted exam results. Be sure to visit our website to review our expectations for admitted students at **drexel.edu/undergrad/resources/admitted**.

To review more information about your admission to Drexel, view your financial aid awards, and to confirm your enrollment, visit Discover Drexel at **discover.drexel.edu**, logging in with your email address and account password.

Kamryn, again, congratulations! I could not be more excited to share this with you, and I hope you take some time over the next few weeks to celebrate your accomplishments. We look forward to meeting you soon and welcoming you to the Drexel community as one of our newest Dragons!

Sincerely,

Evelyn K. Thimba
*Vice President & Dean of Admissions*
*Enrollment Management & Student Success*

P.S. I encourage you to visit our admitted students website at **drexel.edu/undergrad/resources/admitted** and start connecting with your fellow new Dragons using #drexelaccepted.

FR_O-762799913-Domestic

3141 Chestnut Street, Philadelphia, PA 19104-2876 | Phone: 215.895.2400 | Fax: 215.895.5939 | drexel.edu