### IN THEUNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

| | |
|---|---|
| ANTHONY W. PERRY, Pro se<br>5907 Croom Station Rd.<br>Upper Marlboro, MD  20772<br>(301) 928-2305 | :<br>:<br>:<br>:<br>: |
| Plaintiff, | :<br>:Civil Action No: 17-cv-1932 (TSC) |
| v. | : |
| WILBUR ROSS, SECRETARY<br>U.S. DEPARTMENT OF COMMERCE<br>1401 Constitution Ave., N.W.<br>Washington, D.C.  20230, | :Notice of Electronic Submission of<br>Audio Files To Accompany Motion For<br>Summary Judgment<br>:<br>: |
| et al. | :<br>: |
| Defendants. | : |

### Notice Of Submission Of MSPB And D.C. Circuit Court Audio Files

I respectfully file four MSPB Audio Hearing Files, MSPB Tracking No.:

MSPB-2018-000310, associated with Anthony W. Perry vs. Department of

Commerce, MSPB docket number DC-0752-12-0486-B-1 and the MSPB oral

argument for Anthony W. Perry v. MSPB, D.C. Circuit Court of Appeals Dkt. 14-

1155.  Pursuant to the Court's order, all of the summary judgment documents and

these audio files are provided on flash drive. A CD of all audio files is submitted to

accompany the paper submission.


Respectfully submitted,


Anthony W. Perry

# U.S. MERIT SYSTEMS PROTECTION BOARD

**Office of the Clerk of the Board**
1615 M Street, NW
Washington, DC 20419

Phone: 202-653-7200; Fax: 202-653-7130; EMail: records@mspb.gov

**September 21, 2018**

**LETTER VIA USPS**

Anthony Perry
5907 Croom Station Road
Upper Marlboro, MD 20772

**RE:    Request for Audio Hearing Files, MSPB Tracking No.: MSPB-2018-000310**

Dear Mr. Perry:

This is in response to your request to the U.S. Merit Systems Protection Board (MSPB) for the audio files of the hearing proceedings associated with *Anthony W Perry vs. Department of Commerce,* MSPB docket number DC-0752-12-0486-B-1.

Given your status as an appellant in this appeal before the Board, we are approving your request. 5 C.F.R. § 1201.53. We are sending you a copy of the file you requested in a separeyte mailing. Please note that the file is password protected with the following password: **MSPB-2018-000310AP.** This password will open the file.

Should you have any questions regarding the transfer of the hearing audio files, please email my office at records@mspb.gov

Sincerely,

//signed//

Adam **Hill**
Government Information Specialist
Merit Systems Protection Board

Attachment