UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY PERRY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WILBUR ROSS,<br>Secretary of Commerce, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 17-1932 (TSC) |

**MOTION FOR A STAY AND EXTENSION OF TIME
IN LIGHT OF LAPSE OF APPROPRIATIONS**

Pursuant to Federal Rule of Civil Procedure ("Rule") 6 and by and through their undersigned counsel, Defendant Wilbur Ross named in his official capacity as the Secretary of Commerce ("Commerce"), respectfully moves to stay this action and to extend and hold in abeyance all pending deadlines until further order of the Court. Undersigned attempted to contact pro se Plaintiff regarding this Motion but did not receive a response as of filing. The grounds for this Motion are as follows.

At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice ("DOJ") expired and appropriations to DOJ lapsed. Undersigned counsel understands that funding for Commerce has similarly lapsed. DOJ does not know when funding will be restored by Congress. Absent appropriated funds, DOJ attorneys, including the Assistant United States Attorney assigned to this matter, are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

Accordingly, Commerce, through undersigned counsel (who is the supervisor of the Assistant United States Attorney assigned to this matter), respectfully requests that this action be stayed during the lapse in appropriations and that the Court extend and hold in abeyance all deadlines in this action pending further order of the Court.  Commerce further proposes that the parties file a joint status report 14 days after funding has been restored to DOJ and Commerce containing the parties' proposals for further proceedings in this matter.

## CONCLUSION

For the foregoing reasons, Commerce respectfully requests that this action be stayed and that deadlines be extended as set forth above.  A proposed order is enclosed herewith.

Dated: January 22, 2019
   Washington, DC

>Respectfully submitted,
>
>JESSIE K. LIU, D.C. Bar #472845
>United States Attorney
>
>DANIEL F. VAN HORN, D.C. Bar #924092
>Chief, Civil Division
>
>
>By:  _____/s/_____
>   BRIAN P. HUDAK
>   Deputy Chief, Civil Division
>   Assistant United States Attorney
>   555 Fourth Street, NW
>   Washington, DC 20530
>   (202) 252-2549
>
>*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of January 2019, I caused a true and correct copy of the foregoing to be served on pro se plaintiff by first-class mail to:

ANTHONY PERRY
5907 Croom Station Road
Upper Marlboro, MD 20772

/s/
BRIAN P. HUDAK
Deputy Chief, Civil Division
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2549