UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY PERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 17-1932 (TSC) |
| ) | |
| WILBUR ROSS, ) | |
| *United States Secretary of Commerce*, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**DEFENDANT'S CROSS-MOTION AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, Defendant files his Cross-Motion for Summary Judgment and Opposition to the Motion for Summary Judgment that was filed by Plaintiff Anthony Perry. Defendant respectfully refers the Court to the attached memorandum of points and authorities, supporting documents and a proposed order.

Dated: March 7, 2019                    Respectfully submitted,

                                        JESSIE K. LIU, D.C. Bar #472845
                                        United States Attorney

                                        DANIEL F. VAN HORN, D.C. Bar #924092
                                        Chief, Civil Division

                                        By: */s/ Matthew Kahn*
                                        MATTHEW KAHN
                                        Assistant United States Attorney
                                        555 Fourth St., N.W. - Civil Division
                                        Washington, D.C. 20530
                                        Phone: (202) 252-6718
                                        Email: Matthew.Kahn@usdoj.gov