**TABLE OF CONTENTS**

**DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS CROSS-MOTION AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

**BACKGROUND**……………………………………………………………………………1

**STANDARD OF REVIEW**...……………………………………………………………….5

      **1)**      **Summary Judgment**……..………………………………………………….5

      **2)**      **MSPB Jurisdiction**………………………………………………………….6

**ARGUMENT**……………………………………………………………………..…………7

      **1)**      **The MSPB Properly Found That It Lacked Jurisdiction Because Substantial Record Evidence Showed Mr. Perry Voluntarily Accepted His Suspension And Resignation** ……………………………………………..7

      **2)**      **The MSPB Properly Declined To Order a Jurisdictional Hearing On Mr. Perry's Claim That The Agency Knew It Could Not Substantiate His Proposed Removal Because Such Claim Did Not Constitute a Nonfrivolous Allegation Of Coercion** …………………………….……...10

**CONCLUSION** ……………………………………………………………………………12

i