

# MERIT SYSTEMS PROTECTION BOARD FORM 185-1

## Appeal Form--Appellant and Agency Information

*Please type or print legibly.*  OMB No. 3124-0009

1. **Name (last, first, middle initial)**
   Perry, Anthony, W.

2. **Present Address (number and street, city, state, and zip code)**
   Address: 5907 Croom Station Road
   City, State, Zip Code: Upper Marlboro, Maryland, 20772, United States of America

3. **Telephone numbers (include area code) and E-Mail Address**
   You must notify the Board in writing of any change in your telephone number(s) or e-mail address while your appeal is pending.
   Home: (301) 780-7653           Work:
   Fax:                            Other: (301) 928-2305
   E-mail Address: tonywpy@aol.com  Other Phone Type: Business

4. Do you wish to designate an individual or organization to represent you in this proceeding before the Board? (You may designate a representative at any time. However, the processing of your appeal will not normally be delayed because of any difficulty you may have in obtaining a representative.)
   ☐ Yes   ☑ No

5. Name and address of the agency that made the decisions or took the action you are appealing (include bureau or division, street
   Agency Name: Department of Commerce
   Bureau: Bureau of the Census
   Address: 4600 Silver Hill Road
   City, State, Zip code: Washington, District of Columbia, 20233, United States of America

6. Your Federal employment status at the time of the decision or action you are appealing:
   ☐ Temporary   ☑ Permanent   ☐ Applicant
   ☐ Term        ☐ Retired     ☐ Seasonal
   ☐ None

7. Type of appointment (if applicable):
   ☑ Competitive   ☐ SES   ☐ Excepted
   ☐ Postal Service   ☐ Other

8. Your occupational series, position title, grade, and duty station at the time of the decision or action you are appealing (if applicable):
   Occupational Series: 2210    Position Title: Supervisory Information
   Grade: GS-14 step 8          Duty Station: Suitland, MD

9. Are you entitled to veteran's preference? See 5 U.S.C. 2108.
   ☐ Yes   ☑ No

10. Length of Government Service (if applicable):
    28 Years  9 Months

11. Were you serving a probationary or trial period at the time of the decision or action you are appealing?
    ☐ Yes   ☑ No

Appeal Number: **201201588**
Submission Date: **4/25/2012 2:53:16 PM**
Confirmation Number: **34193**

MSPB Form 185-1, Page 1 (6/1/2002)
5 CFR Parts 1201, 1208, and 1209



# MERIT SYSTEMS PROTECTION BOARD FORM 185-1

## Appeal Form--Appellant and Agency Information

*Please type or print legibly.*

**HEARING: You may have a right to a hearing before an administrative judge. If you choose to have a hearing, the Board will notify you when and where it is to be held. If you do not want a hearing, the Board will make its decision on the basis of the submission of the parties.**

12. Do you want a hearing?    ☑ Yes    ☐ No

**E-Filing: Registration as an E-Filer enables you to file any or all of your pleadings with the Board in electronic form. Registration also means you consent to accept service of all pleadings filed by other registered E-Filers and all documents issued by the Board in electronic form. You will receive these as PDF documents at the e-mail address you provided the Board. If registered as an E-Filer, you may file any pleading, or portion of a pleading, by non-electronic means. You can withdraw your registration as an e-filer at any time.**

13. Do you wish to register as an E-Filer in this appeal?

    ☑ I elect to E-File        ☐ I decline to E-File

14. **I certify that all of the statements made in this form and all attached forms are true, complete, and correct to the best of my knowledge and belief.**

Anthony W. Perry, Appellant                                      Date:

Appeal Number: **201201588**
Submission Date: **4/25/2012 2:53:16 PM**
Confirmation Number: **34193**

MSPB Form 185-1, Page 2 (6/1/2002)
5 CFR Parts 1201, 1208, and 1209