IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

ANTHONY W. PERRY, Pro se
5907 Croom Station Rd.
Upper Marlboro, MD  20772
(301) 928-2305

    Plaintiff,

v.

WILBUR ROSS, SECRETARY
U.S. DEPARTMENT OF COMMERCE
1401 Constitution Ave., N.W.
Washington, D.C.  20230,

    et al.
    Defendants.

Civil Action No: 17-cv-1932 (TSC)

RECEIVED
APR - 5 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## DECLARATION OF ANTHONY W. PERRY

"I declare under penalty of perjury that the foregoing filing of:

Plaintiff's Memorandum in Opposition to Defendant's Cross Motion for Summary Judgment, Statement of Facts in Genuine Dispute, and Plaintiff's Response to Defendant's Statement of Undisputed Facts is true and correct to the best of my knowledge and belief.

Executed on this __5__ of __April__, 2019.

Notary Public
Sharon L. Williams
Expires: 03/12/2021

SHARON L. WILLIAMS
Notary Public-Maryland
Prince George's County
My Commission Expires
March 12, 2021

SIGNED,

Anthony W. Perry