UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY PERRY**, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 17-cv-1932 (TSC) |
| **WILBUR ROSS** *United States Secretary of Commerce*, | ) |
| Defendant. | ) |

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, Defendant's Motion for Summary Judgment, ECF No. 35, is hereby GRANTED and Plaintiff's Motion for Summary Judgment, ECF No. 30, is hereby DENIED.

This action is hereby DISMISSED with prejudice. This is a final appealable order.

The Clerk of the Court shall mail a copy of this order and Memorandum Opinion to Plaintiff at his address of record.

Date: September 30, 2022

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge