LEAVE TO FILE GRANTING plaintiff with leave to file a Notice of Proposed Motion for Permanent Injunction and Injunctive Relief
10/26/2022
TANYA S. CHUTKAN
/S/

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

ANTHONY W. PERRY, Pro se
5907 Croom Station Rd.
Upper Marlboro, MD  20772
(301) 928-2305

        Plaintiff,

v.

Civil Action No: 17-cv-1932 (TSC)

WILBUR ROSS, SECRETARY
U.S. DEPARTMENT OF COMMERCE
1401 Constitution Ave., N.W.
Washington, D.C.  20230,

        et al.

        Defendants.

Plaintiff's Notice of Proposed Motion for Permanent Injunction and Injunctive Relief Against Dismissal of Complaint for Lack of Jurisdiction with Prejudice Pursuant to Federal Rules of Civil Procedure Rule 65, I, Plaintiff Anthony W. Perry, file this notice of intent to file a motion for permanent injunction and injunctive relief from the court's opinion and order to dismiss the instant case for lack of jurisdiction with prejudice.  I attest a copy of this notice sent to Derek Hammond, DOJ-USAO.

**RECEIVED**
OCT 17 2022
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Respectfully submitted
*/s/ Anthony W. Perry*
Anthony W. Perry