# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

NOV 21 2022

**RECEIVED**

Plaintiff: Anthony W. Perry

vs.

Civil Action No. 1:17-cv-01932 (TSC)

Docket D.C. Circuit 22-5284

Defendant: Wilbur Ross (Sec. of Comm.) et al

## CIVIL NOTICE OF APPEAL

Notice is hereby given this __21__ day of __Nov.__ 20__22__, that

_____

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this court entered on the __30__ day of __Sept.__, 20__22__, in favor of __Defendant Wilbur Ross (Secretary of Commerce) et. al.__

against said __Plaintiff Anthony W. Perry__

Attorney/Pro Se Party Signature: *Anthony W Perry*

Name: Plaintiff Anthony W. Perry

Address: 5907 Croom Station Rd

Croom Station Road

Upper Marlboro, MD 20772

Telephone: (301) 928-2305

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

USCA Form 13
Rev. June 2017