UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY PERRY**, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 17-cv-1932 (TSC) ) |
| **WILBUR ROSS** *United States Secretary of Commerce*, | ) ) ) ) |
| Defendant. | ) ) ) |

## ORDER

For the reasons set forth in the accompanying memorandum opinion, ECF No. 50, the court hereby DENIES Plaintiff's Motion for Permanent Injunction and Injunctive Relief Against Dismissal of Complaint for Lack of Jurisdiction with Prejudice ("Motion"), ECF No. 49, and motion for reconsideration.

The Clerk of the Court shall mail a copy of this Order and the accompanying Memorandum Opinion to: ANTHONY PERRY, 5907 Croom Station Road, Upper Marlboro, MD 207722.

Date:  December 1, 2022

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge